# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2021

## NO. 03-20-00115-CV

**Ellen L. Adams and Steven Adams, Appellants**

**v.**

**Bhavna Godhania and Vikas Godhania, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on February 3, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the order to the extent that it releases the full amount of funds and renders judgment that appellees recover $140,000.00 plus any applicable interest. The Court affirms the remainder of the trial court's order. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.